PROB 35
(Rev 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

FILED

OCT 2 4 2012

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA

v.

Crim. No. 4:08-CR-56-1BO

AISHAH J. ABDULLAH

On Tuesday, December 16, 2008, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____19_____ day of _____October_____, 2012.

Terrence W. Boyle
U.S. District Judge